**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

ESTANISLAO TUBAC CALI,                  :

                        Plaintiff,    :

            -against-                  :

VIA BRASIL RESTAURANT, *and/or any other*   :
*entities affiliated with or controlled by Via Brasil*   :
*Restaurant*, and LUIS GOMEZ,              :

                   Defendants.   :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2019

ORDER APPROVING FLSA
SETTLEMENT

18 Civ. 6263 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly move this Court for

an order approving the settlement and dismissing the case. (ECF Nos. 25, 26.) This Court, having

reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake*

*House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together

with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS

that:

1. The settlement payment to Plaintiff in the amount of $30,000 is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the

    extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: New York, New York
      May 2, 2019

SO ORDERED.

MAY 0 6 2019

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge